UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-22338-CIV-HOEVELER/BROWN

LAVANUEL MITCHELL,

    Plaintiff,

v.

AMERICA'S DUST BUSTERS, INC.,
a Florida Corporation,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER ON PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon Plaintiff's Stipulation for Dismissal With Prejudice, filed November 28, 2006. The Stipulation states that Plaintiff Lavanuel Mitchell's claims, through settlement, have been resolved without compromise in that he has been paid all of the overtime and minimum wage damages sought as well as liquidated damages regarding same.

Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir. 1982), the Court has reviewed the terms of the Settlement Agreement. Upon reviewing the Settlement Agreement, the Court directed Plaintiff's counsel to state a basis for the attorney's fees and costs, which were incorporated into the Settlement Agreement. Richard Celler, counsel for Plaintiff, filed an affidavit regarding fees and costs on February 1, 2008. The Court having reviewed the Settlement Agreement, the Affidavit of Richard Celler, and the record in this cause, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Settlement Agreement is approved and the Stipulation of Dismissal is GRANTED. This case is DISMISSED with prejudice.

DONE AND ORDERED in Chambers in Miami this ___ day of March, 2008.

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies Furnished: Counsel of Record